AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

JIHAD JACKSON

)  Case: 1:23-cr-00323
)  Assigned to: Chief Judge James E. Boasberg
)  Assign Date: 9/19/2023
)  Description: INDICTMENT (B)
)  Related Case No: 23-cr-00318 (JEB)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JIHAD JACKSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(o) - UNLAWFUL POSSESSION OF A MACHINEGUN;
18 U.S.C. § 922(k) - UNLAWFUL POSSESSION OF A FIREARM WITH AN OBLITERATED, REMOVED, CHANGED, AND ALTERED SERIAL NUMBER;
FORFEITURE: 18 U.S.C. § 922(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date: 09/19/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather

*Issuing officer's signature*

City and state:   WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 9/20/23, and the person was arrested on *(date)* 9/20/23
at *(city and state)* Washington DC

Date: 9/20/23

*Arresting officer's signature*

DUSM STANISLOWSKI
*Printed name and title*